Bradley E. Brook, Esq.
Cal. Bar # 125323
LAW OFFICES OF BRADLEY E. BROOK, APC
11500 W. Olympic Blvd., Suite 400
Los Angeles, CA 90064
Telephone: (310) 839-2004
Facsimile: (310) 945-0022
Email: bbrook@bbrooklaw.com

Attorneys for James A. Pieprzyca

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>FRENCH QUARTER, INC.,<br><br>      Debtor.<br>_____<br>JAMES A. PIEPRZYCA,<br><br>      Appellant,<br><br>v.<br><br>EUGENE CLEVE CANEPA; UST – UNITED STATES TRUSTEE, RENO; ANGELIQUE L.M. CLARK, Trustee; VAL PETERSON; OSCAR RENTERIA, Trustee of the Renteria Family Trust,<br><br>      Appellees. | Appeal from BK-N-07-51126-GWZ<br><br>**3:11-CV-00509-ECR-CWH**<br>*(LEAD CASE)*<br><br><br>3:11-CV-00560-ECR-CWH<br><br>Consolidated Under<br>3:11-CV-00509-ECR-CWH per Minute Order Entered on 10/04/11 (Docket No. 27)<br><br>**<u>STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY BRIEF (FIRST EXTENSION)</u>**<br><br>ORDER GRANTING |

This Stipulation To Extend Time To File Reply Brief (First Extension) and Order Thereon is entered into by and between Bradley E. Brook, Esq. on behalf of Appellant James Pieprzyca ("Pieprzyca") and John F. Murtha, Esq. on behalf of Appellee Angelique L.M. Clark ("Clark") and and is based upon the following facts and circumstances:

1. The parties attempted to mediate but were unsuccessful;

2. Clark filed her answering brief on January 5, 2012;

3. Pieprzyca's counsel is unable to complete and file a reply brief within the next two weeks because of his schedule and additional conflicts. For these reasons, Pieprzyca and Clark agree and stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED by and between Bradley E. Brook, Esq., of the Law Offices of Bradley E. Brook, APC, attorney for Appellant James A Pieprzyca and John F. Murtha, Esq., of Woodburn and Wedge, attorney for the Appellee Angelique L.M. Clark, Chapter 11 Trustee, that the Appellant shall have up to and including **January 27, 2012**, to file and serve the reply brief.

DATED this 6 day of January, 2012.

| LAW OFFICES OF BRADLEY E. BROOK, APC | WOODBURN AND WEDGE |
|---|---|
| By: /s/ Bradley E. Brook | By: /s/ John F. Murtha |
| BRADLEY E. BROOK, ESQ. | JOHN F. MURTHA, ESQ. |
| California Bar No. 125323 | Nevada State Bar No. 835 |
| 11500 W. Olympic Blvd., Suite 400 | 6100 Neil Road, Suite 500 |
| Los Angeles, CA 90064 | Reno, NV 89505 |
| Telephone: (310) 839-2004 | Telephone: (775) 688-3000 |
| Attorneys for James A. Pieprzyca | Attorney for Appellee Angelique L.M. Clark, Chapter 11 Trustee |

## ORDER

IT IS SO ORDERED.

DATED: January 10, 2012.

_Edward C. Reed_
U.S. DISTRICT COURT JUDGE

2