# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

In re FRENCH QUARTER,)
       Debtor,)    Case No. 3:11-cv-00509-ECR-CWH

EUGENE CLEVE CANEPA,)
       Appellant,)
vs.)
JAMES A. PIEPRCZYCA, *et al.*,)
       Appellees.)

Consolidated with
Case No. 3:11-cv-00560-ECR-CWH

JAMES A. PIEPRZYCA,)
       Appellant,)
vs.)
EUGENE C. CANEPA, *et al.*,)    **ORDER**
       Appellees.)

This matter is before the Court on the Appellee Oscar Renteria's Notice of Disassociation of Counsel (#57) and (#38), filed respectively in the lead case and member case of this cause on February 10, 2012. Attorney Kenneth G. English is no longer associated as Counsel for the Renteria Family Trust. Thus, current counsel Timothy A. Lukas requests that Mr. English be removed from the above-styled action and that he no longer receive notices in this matter. Accordingly,

**IT IS HEREBY ORDERED** that Notice of Disassociation of Counsel requesting removal from CM/ECF notices (#57) and (#38) are **granted**. Attorney Kenneth G. English shall no longer receive notices in this matter.

1     DATED this 13th day of February, 2012.

2

3

4                                                        _____
                                                         C.W. HOFFMAN, JR.
5                                                        United States Magistrate Judge